IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil Action No. 2:13-cv-901 |
| | : JUDGE FROST |
| v. | : Magistrate Judge Abel |
| TEN THOUSAND NINETY-ONE AND 00/100 DOLLARS ($10,091.00) IN UNITED STATES CURRENCY, | : |
| Defendant. | : |

## DEFAULT JUDGMENT AND DECREE OF FORFEITURE

This cause came before the Court on Plaintiff's Motion for Default Judgment and Decree of Forfeiture. After a thorough review of the record, the Court finds that:

1. On September 13, 2013, Plaintiff, the United States of America, filed a Verified Complaint for Forfeiture alleging that the Defendant Currency represents proceeds of trafficking in controlled substances, in violation of Subchapter I of Chapter 13 of Title 21, and is therefore forfeitable pursuant to 21 U.S.C. §881(a)(6);

2. The aforementioned Complaint contained a verified statement that established probable cause to believe the allegations set forth in the Complaint;

3. Process was duly issued herein and returned according to law;

4. Notice of the seizure of the Defendant Currency was given according to law;

5. Michael DeAngelo Ward is the only party known to the United States to have any interest in the Defendant Currency and that he and any other claimants have failed to come forward to timely file herein any claim or other pleading within the time fixed by law;

6. The allegations of the Verified Complaint are taken as admitted; and

7.     This Court has jurisdiction pursuant to 28 U.S.C. §§1345 and 1355.

NOW THEREFORE, based upon the above findings, and the Court being otherwise fully advised in the matter, it is hereby: **ORDERED, ADJUDGED, AND DECREED:**

1.     That the Defendant Currency is forfeitable, pursuant to 21 U.S.C. §881(a)(6), as property that represents proceeds of trafficking in controlled substances, in violation of Subchapter I of Chapter 13 of Title 21, and that the Defendant Currency, described as:

**Ten Thousand Ninety-One and 00/100 Dollars ($10,091.00) in United States Currency**

is hereby FORFEITED to the United States of America pursuant 21 U.S.C. §881(a)(6).

2.     That all other claims and interest in and to said property is forever closed and barred and that no right, title, or interest in the Defendant Currency shall exist in any party other than the United States of America.

3.     That the United States Marshals Service shall dispose of the forfeited property as proved by law.

IT IS SO ORDERED this 25th day of November, 2013.

_____
HONORABLE GREGORY L. FROST
UNITED STATES DISTRICT COURT JUDGE

2